FILED
At Albuquerque, NM

JAN 2 3 2025

IN THE UNITED STATES DISTRICT COURT   MITCHELL R. ELFERS
CLERK

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )      CRIMINAL NO. 25-118 MLG
                                    )
       vs.                          )      18 U.S.C. §§ 1153 and 1112:  Involuntary
                                    )      Manslaughter.
DEBBIE ROJACK,                      )
                                    )
            Defendant.              )

## I N D I C T M E N T

The Grand Jury charges:

On or about August 6, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **DEBBIE ROJACK,** an Indian, unlawfully killed John Doe by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when she knew and should have known that her conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney